Circuit Court for Montgomery County
Case No. 109580-C
Argued: May 13, 2020

IN THE COURT OF APPEALS

OF MARYLAND

No. 67

September Term, 2019

STATE OF MARYLAND

v.

JAMES KAREEN DAY

Barbera, C.J.
McDonald
Watts
Hotten
Getty
Booth
Biran,

JJ.

PER CURIAM ORDER

Filed: July 28, 2020

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document
is authentic.



Suzanne C. Johnson, Clerk

| STATE OF MARYLAND | * | IN THE |
| | * | COURT OF APPEALS |
| v. | * | OF MARYLAND |
| | * | No. 67 |
| JAMES KAREEN DAY | * | September Term, 2019 |

## PER CURIAM ORDER

**WHEREAS**, the petition for writ of certiorari in the above-entitled case having been granted and argued, and

**WHEREAS**, following argument, the Court having issued an Opinion on July 10, 2020 remanding the case to the Court of Special Appeals of Maryland, without affirming or reversing, for an explanation of that Court's September 12, 2019 Order in Case No. CSA-ALA-2729-2018, and

**WHEREAS**, on July 20, 2020, the Court of Special Appeals issued a Supplemental Order clarifying its rationale in reversing the judgment of the Circuit Court for Montgomery County in Case No. 109580-C, and

**WHEREAS**, upon consideration of the Court of Special Appeals' Supplemental Order, it appears that the writ of certiorari was improvidently granted, it is therefore this 28th day of July, 2020,

**ORDERED,** by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted, and it is further,

**ORDERED**, that this case be, and it is hereby, remanded to the Circuit Court for Montgomery County for further proceedings, if any, consistent with the Court of Special Appeals' September 12, 2019 Order and July 20, 2020 Supplemental Order.


/s/ Mary Ellen Barbera
Chief Judge